AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA v. Debbie Jolene Tucker

APPEARANCE

CASE NUMBER: 1:06 M 65 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Debbie Jolene Tucker

I certify that I am admitted to practice in this court.

7/18/06
*Date*

Richard K Corley
*Signature*

Richard K. Corley
*Print Name*

2965
*Bar Number*

127 Dorrance St.
*Address*

Providence
*City*

RI
*State*

02903
*Zip Code*

861-2100
*Phone Number*

861-2139
*Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.