AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_______________ DISTRICT OF _______________

UNITED STATES OF AMERICA
V.
DEBBIE JOLENE TUCKER

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 1:06-M-65A

I, Debbie Jolene Tucker, charged in a ☒ complaint ☐ petition pending in this District with bank fraud / identity theft in violation of Title 18, U.S.C., 1028A, 1344, 1349, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

[signature]
*Defendant*

7/18/06
*Date*

[signature]
*Counsel for Defendant*