**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 93ML |
| | ) | |
| vs. | ) | CR. No. |
| | ) | In violation of 18 U.S.C. §§1349 |
| DEBBIE TUCKER, | ) | and 1028A(a)(1) and (c)(5) |
| a/k/a "Ann Canfield," | ) | |
| a/k/a "Jessica Anderson" | ) | |

**INFORMATION**

The United States Attorney charges:

COUNT 1

From on or about July 9, 2006, through on or about July 11, 2006, in the District of Rhode Island and elsewhere, defendant DEBBIE TUCKER, a/k/a "Ann Canfield," a/k/a "Jessica Anderson," and others known and unknown to the United States Attorney did knowingly, willfully and intentionally combine, conspire and agree with one another and with others to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution, namely the Bank of America, by means of false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

In violation of 18 U.S.C. §1349.

COUNTS 2

On July 11, 2006, in the District of Rhode Island, defendant DEBBIE TUCKER, a/k/a "Ann Canfield," a/k/a "Jessica Anderson," during and in relation to the felony offenses of bank fraud (18 U.S.C. § 1344) and conspiracy to commit bank fraud (18 U.S.C. § 1349), did knowingly possess and use, without lawful authority, means of identification of other persons, to wit drivers licenses in the names of Ann Canfield and Jessica Anderson.

In violation of 18 U.S.C. §1028A(a)(1) and (c)(5).

ROBERT CLARK CORRENTE
United States Attorney

By: Lee Vilker

LEE H. VILKER
Assistant U.S. Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

8/30/06

Date