AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Debbie Tucker

APPEARANCE

CASE NUMBER: CR 06-93 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Debbie Tucker.

I certify that I am admitted to practice in this court.

9/7/06
*Date*

Richard K. Corley
*Signature*

Richard K. Corley 2965
*Print Name* *Bar Number*

127 Dorrance St. 2d Floor
*Address*

Providence RI 02903
*City* *State* *Zip Code*

861-2100 861-2139
*Phone Number* *Fax Number*

...m was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.