O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
DEBBIE TUCKER,
a/k/a Ann Canfield,
a/k/a Jessica Anderson

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 93ML

I, DEBBIE TUCKER, the above named defendant, who is accused of

conspiring with one another and with others to obtain moneys, funds and property owned by and under the custody and control of a financial institution by means of false and fraudulent pretenses, representations and promises, in violation of 18 U.S.C. Section 1349; and

knowingly possessing and using without lawful authority a means of identification of another person during and in relation to the felony of conspiracy to commit bank fraud, in violation of 18 U.S.C. Sections 1028A(a)(1) & (c)(5)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/7/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

Richard K Corley
Counsel for Defendant

Before [signature]
Judicial Officer USMJ