# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 06-093ML***

RECEIVED

SEP 21 2006

US MARSHALS
RHODE ISLAND

***To:*** ***Warden***
***ACI***
***Cranston, RI***

05771-

YOU ARE HEREBY COMMANDED, to have the **body** of **Debbie Tucker, a/k/a**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the 14th day of **December, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I [illegible] the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: September 21, 2006.

David A. DiMarzio, Clerk

*By* ______________________
*John Duhamel - Deputy Clerk*

Sentencing Hearing